IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 8:07-960 |
| | ) | |
| v. | ) | |
| | ) | |
| MAYO LEVORD PICKENS | ) | |
| | ) | |

**ORDER DISMISSING FORFEITURE AS TO**
**3606 Dobbins Bridge and One 1996**
**Homestead 28x56 Mobile Home**
**Anderson, South Carolina**

And now, this   28th   day of October, 2008, the United States' Motion to Dismiss Forfeiture Allegations as to 3606 Dobbins Bridge Road and one 1996 Homestead 28x56 mobile home, located in Anderson, South Carolina, is granted; and

IT IS HEREBY ORDERED AND DECREED that the forfeiture provisions contained in the Preliminary Order of Forfeiture as to MAYO LEVORD PICKENS regarding 3606 Dobbins Bridge Road and one 1996 Homestead 28x56 mobile home, are hereby dismissed without prejudice.

**AND IT IS SO ORDERED**.

                                                                    s/Henry F. Floyd
                                                                    HENRY F. FLOYD
                                                                    UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina