IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 8:07-960 |
| | ) | |
| v. | ) | |
| | ) | |
| MAYO LEVORD PICKENS | ) | |
| | ) | |

**ORDER DISMISSING FORFEITURE AS TO**
**508 Carver Street, Anderson, South Carolina**

And now, this   28th   day of October, 2008, the United States' Motion to Dismiss Forfeiture Allegations as to 508 Carver Street, Anderson South Carolina, is granted; and

IT IS HEREBY ORDERED AND DECREED that the forfeiture provisions contained in the Preliminary Order of Forfeiture as to MAYO LEVORD PICKENS regarding 508 Carver Street, Anderson, South Carolina, are hereby dismissed without prejudice.

**AND IT IS SO ORDERED**.

 s/Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina